THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Tiffany A. Stanley,       
Appellant.
 
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No.  2003-UP-369
Submitted February 20, 2003  Filed 
 May 22, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor John Gregory Hembree, of Conway; for Respondent.
 
 
 

PER CURIAM:  On appeal, Tiffany Stanleys 
 appellate counsel argues that Stanleys guilty plea failed to comply with the 
 mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  
Stanleys appellate counsel submitted a petition to 
 be relieved as counsel, stating he has reviewed the record and has concluded 
 Stanleys appeal is without merit.  Stanley did not file any documents with 
 the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Stanleys appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HEARN, C.J., and CURETON and GOOLSBY, 
 JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.